UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:18CR-00290-9 (AWT) |
| v. ) | |
| ALLISON COLAVITO ) | SEPTEMBER 15, 2020 |

## SUPPLEMENTAL EXHIBITS TO SENTENCING MEMORANDUM

The Defendant, Allison Colavito, respectfully submits the attached school transcripts as supplemental exhibits to her Sentencing Memorandum (Doc.#559, filed 9/14/2020). These transcripts were received today by the undersigned:

· Transcript from Holland Hill School (Grade 5)

· Transcript from Roger Ludlowe Middle School (Grades 6, 7 & 8).

Also included are the results of the Defendant's Connecticut Mastery Test.

ALLISON COLAVITO

BY: /s/Richard C. Marquette
Richard C. Marquette, Esq. (#ct07585)
GOLDBLATT, MARQUETTE & RASHBA, PC
60 Washington Avenue, Suite 302
Hamden, CT 06518
Tel.   (203) 288-6293
Fax.   (203) 288-0283
Email: RCMarquette@aol.com

## CERTIFICATION OF SERVICE

This is to certify that on September 15, 2020, a copy of the foregoing was filed with the Court via the CM/ECF system, by which counsel to all parties, including the Government, will be notified of and have the opportunity to review this filing.

BY: /s/Richard C. Marquette
Richard C. Marquette, Esq. (#ct07585)

1

HOLLAND HILL SCHOOL TRANSCRIPT

5TH GRADE

# Fairfield Public Schools

School: HOLLAND HILL SCHOOL

Name: Colavito, Allison Marie
(last)   (First)   (Initial)

D.O.B: [redacted]   Sex: Female

Father or Guardian: Rocco Colavito
Occupation: [redacted]
Employer: United Grinding White   D.O.B: [redacted]   Sex: M

Address: [redacted]   Ad G. 06436
Phone: [redacted]   Language of Parents: English

Mother or Guardian: Gail Colavito
Occupation: Homemaker
Employer:   D.O.B:   Sex: F

Siblings: Names
- m
- m
- F

Place of Birth: Milford, Ct 06430
Date of Entrance: 11/97
Former Residence: Milford
Previous School: Mathewson

| Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Grade | K | | | | | | | |
| Teacher | Rudolph | | | | | | | |
| Principal | Leedy | | | | | | | |
| Days in School Year | 181 | | | | | | | |
| Days Absent | 5 | | | | | | | |
| Times Tardy | 0 | | | | | | | |
| Effort and Work Habits | 3 | | | | | | | |
| Reading | S | | | | | | | |
| Arithmetic | 3 | | | | | | | |
| English | 3- | | | | | | | |
| Social Studies | S | | | | | | | |
| Science | 2+ | | | | | | | |
| Health and Safety | 3+ | | | | | | | |
| Spelling | 4 | | | | | | | |
| Handwriting | 2 | | | | | | | |
| Art | 2 | | | | | | | |
| Music | | | | | | | | |
| Promoted (P) | P | | | | | | | |
| Not Promoted (NP) | | | | | | | | |
| Grade Next Year | 6 | | | | | | | |
| Remedial Reading | | | | | | | | |
| Speech Remediation | | | | | | | | |
| Spec. Ed. Tutor | | | | | | | | |
| Sp. Ed. Class | | | | | | | | |
| Counseling/Psych Svcs | √ | | | | | | | |
| Other Services | √ | | | | | | | |

Mark Code:
Grade 1
1=Unusually Good
2=Satisfactory
3=Improvement Needed

Grades 2-5
1=Superior
2=Very Good
3=Satisfactory
4=Needs Improvement

Discharge Date:
New Address:
New School:
Reason:
Re-Entry Date:
Discharge Date:
New Address:
New School:
Reason:
Re-Entry Date:
Discharge Date:
New Address:
New School:
Reason:

Significant Information Available:
☐ Medical
☐ Other (specify)

ROGER LUDLOWE MIDDLE SCHOOL TRANSCRIPTS

6, 7, & 8 GRADES

ROGER LUDLOWE MIDDLE SCHOOL
785 UNQUOWA ROAD
FAIRFIELD, CT 06430-5001

FAIRFIELD PUBLIC SCHOOLS
Fairfield Connecticut

MIDDLE SCHOOL RECORD CARD

Tomlinson ___

Pupil Name: Colavito (last) Allison (first) Marie (middle)   Sex: M ___ F ✗

Birthdate: Month ▮ Day ▮ Year ▮

Address: ▮▮▮  Telephone: ▮▮▮

Father: (male guardian) Rocco

Mother: (female guardian) Gail

Siblings: (name & birthdate) ▮▮▮

Former Schools: (list most recent one first)

| NAME OF SCHOOL | GRADES ATTENDED |
|---|---|
| Holland Hill | |

**GRADE 6**

**COLAVITO, ALLISON MARIE**

06   1998 - 1999   ▮▮▮

| Subject | Grade |
|---|---|
| LANG. ARTS 6 | B |
| MATH 6 | B- |
| SCIENCE 6 | P |
| PE 6 | A- |
| RR 6 5 DAY | B+ |
| ART 6 | C+ |
| COMPUTER 6 | C- |
| HOME EC 6 | B |
| HEALTH 6 | A- |
| CHORUS 6 | A- |

Absent:  2  5  0  2
Tardy:   0  0  0  0

**Special Services**

Special Education ___
Speech ___
Counseling ___
Psychological Evaluation ___

**Significant Comments**

Achievement Test Label:

CAT Test Label

| GRADE | | | | Special Services |
|---|---|---|---|---|
| **7** | COLAVITO, ALLISON MARIE | 07 | 1999-00 | Special Education |
| | ENGLISH 7 | | B- | Speech |
| | MATH 7 | | B- | Counseling |
| | READING 7 | | B- | Psychological Evaluation |
| | SCIENCE 7 | | P | |
| | PE 7 | | B+ | Significant Comments |
| | RR 7 5 DAY | | A- | |
| | CHORUS 7A | | C | |
| | ART 7 | | B- | |
| | HEALTH 7 | | B+ | |
| | HOME EC 7 | | B+ | |
| | COMPUTER 7 | | P | |
| | ABSENT 5 3 1 3 TARDY 0 0 0 0 | | | |

Achievement Test Label:

| GRADE 8 | COLAVITO, ALLISON MARIE | 08 | 2000-01 | |
|---|---|---|---|---|
| | ENGLISH 8 | | B | |
| | MATH 8 | | B+ | |
| | SOC ST 8 | | C | Special Education |
| | READING 8 | | B- | Speech |
| | PE 8 | | B | Counseling |
| | RR 8 5 DAY | | A- | Psychological Evaluation |
| | HEALTH 8 | | B- | |
| | FOODS 8 | | B+ | Significant Comments |
| | DRAWING/PAINTING (2D) | | B | |
| | CERAMIC/SCULP (3D) | | A | |
| | ABSENT 1 1 1 1 TARDY 0 0 0 0 | | | |

Achievement Test Label:

**GRADE 8 CONNECTICUT MASTERY TEST**

STUDENT: ALLISON MAR COLAVITO   YEAR: 2000
CODE:

| | |
|---|---|
| Mathematics Scale Score | 152 |
| content strands mastered | 1 OF 23 |
| Total Reading Scale Score | 125 |
| Degrees of Reading Power(DRP) | 31 |
| Reading Comprehension content strands mastered | 0 OF 3 |
| Total Writing Scale Score | 152 |
| Holistic Writing Score | 4 |
| Editing & Revising content strands mastered | 0 OF 2 |

✽ = Student is At or Above the goal

DAT Label: